Case 1:08-cv-03944   Document 4   Filed 07/11/2008   Page 1 of 1

FILED: JULY 11, 2008
08CV3944
JUDGE LEFKOW
MAGISTRATE JUDGE COX
EDA

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                    Case Number:

M&G Health Associates, Inc., a/k/a
M&G Health Associates, SC,
    v.
Health Care Service Corporation, a Mutual Legal Reserve
Company, d/b/a Blue Cross Blue Shield of Illinois.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, Health Care Service Corporation, a Mutual Legal Reserve Company, d/b/a Blue Cross and Blue Shield of Illinois

| |
|---|
| NAME (Type or print) <br> Douglass G. Hewitt |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Douglass G. Hewitt |
| FIRM <br> Neal Gerber & Eisenberg LLP |
| STREET ADDRESS <br> Two North LaSalle Street - Ste. 2200 |
| CITY/STATE/ZIP <br> Chicago, IL  60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 061 83834 | 312 269 8481 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |