IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| M&G HEALTH ASSOCIATES, INC., A/K/A M&G HEALTH ASSOCIATES, SC,<br><br>Plaintiff,<br><br>v.<br><br>HEALTH CARE SERVICE CORPORATION, A MUTUAL LEGAL RESERVE COMPANY, D/B/A BLUE CROSS BLUE SHIELD OF ILLINOIS,<br><br>Defendant. | CASE NO. 08CV3944<br><br>HONORABLE JUDGE LEFKOW<br><br>HONORABLE MAGISTRATE JUDGE COX |

## NOTICE OF MOTION

To: Jeremy S. Goldkind
Wildman Harrold Allen & Dixon LLP
225 West Wacker Drive
Chicago, IL  60606

PLEASE TAKE NOTICE that on Tuesday, July 22, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for Defendant, Health Care Service Corporation, a Mutual Legal Reserve Company, d/b/a Blue Cross Blue Shield of Illinois, shall appear before the Honorable Judge Lefkow, or any Judge sitting in her stead, at the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn Street, Room 1925, Chicago, Illinois, and shall present for consideration its Motion for Extension of Time to File Answer or Other Responsive Pleading to Complaint, a copy of which has been served upon you.

Dated: July 16, 2008.

/s/ Douglass G. Hewitt, Esq.
One of Its Attorneys

Douglass G. Hewitt, Esq.
Alison Dieterichs Alvarez, Esq.
Neal Gerber & Eisenberg LLP (ID No. 13739)
Two North LaSalle Street – Suite 2200
Chicago, IL  60602
Telephone:  312-269-8481

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **NOTICE OF MOTION** with the Clerk of Court using the CM/ECF system.

Dated: July 16, 2008

/s/ Douglass G. Hewitt
Douglass G. Hewitt

NGEDOCS: 1548566.1