IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| M&G HEALTH ASSOCIATES, INC., A/K/A M&G HEALTH ASSOCIATES, SC,<br><br>Plaintiff,<br><br>v.<br><br>HEALTH CARE SERVICE CORPORATION, A MUTUAL LEGAL RESERVE COMPANY, D/B/A BLUE CROSS BLUE SHIELD OF ILLINOIS,<br><br>Defendant. | CASE NO. 08CV3944<br><br>HONORABLE JUDGE LEFKOW<br><br>HONORABLE MAGISTRATE JUDGE COX |

**DEFENDANT'S NOTIFICATION OF**
**AFFILIATES PER LOCAL RULE 3.2**

Defendant, Health Care Service Corporation, a Mutual Legal Reserve Company, d/b/a Blue Cross Blue Shield of Illinois, in compliance with Local Rule 3.2, states that it has no publicly held affiliates.

Dated: July 17, 2008

/s/ Douglass G. Hewitt, Esq.
One of Its Attorneys

Douglass G. Hewitt, Esq.
Alison Dieterichs Alvarez, Esq.
Neal Gerber & Eisenberg LLP (ID No. 13739)
Two North LaSalle Street – Suite 2200
Chicago, IL 60602
Telephone: 312-269-8481
Facsimile: 312-269-1747