**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| M&G HEALTH ASSOCIATES, INC., A/K/A M&G HEALTH ASSOCIATES, SC, <br><br> Plaintiff, <br><br> v. <br><br> HEALTH CARE SERVICE CORPORATION, A MUTUAL LEGAL RESERVE COMPANY, D/B/A BLUE CROSS BLUE SHIELD OF ILLINOIS, <br><br> Defendant. | CASE NO. 1:08-cv-3944 <br><br> HONORABLE JUDGE LEFKOW <br><br> HONORABLE MAGISTRATE JUDGE COX |

**NOTICE OF FILING**

To:    Jeremy S. Goldkind
       Wildman Harrold Allen & Dixon LLP
       225 West Wacker Drive
       Chicago, IL  60606

PLEASE TAKE NOTICE that on Wednesday, July 16, 2008, counsel for Defendant, Health Care Service Corporation, a Mutual Legal Reserve Company, d/b/a Blue Cross Blue Shield of Illinois, filed its Notification of Affiliates Per Local Rule 3.2, a copy of which is hereby served upon you.

Dated:       July 17, 2008

                                                /s/ Douglass G. Hewitt, Esq.
                                                One of Its Attorneys

Douglass G. Hewitt, Esq.
Alison Dieterichs Alvarez, Esq.
Neal Gerber & Eisenberg LLP (ID No. 13739)
Two North LaSalle Street – Suite 2200
Chicago, IL  60602
Telephone:  312-269-8481
Facsimile:  312-269-1757

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **DEFENDANT'S NOTIFICATION OF AFFILIATES PER LOCAL RULE 3.2** with the Clerk of Court using the CM/ECF system.


Dated:   July 17, 2008


/s/ Douglass G. Hewitt
Douglass G. Hewitt


NGEDOCS: 1548885.1