**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**<u>AMENDED</u> ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number:   08 C 3944

M&G Health Associates, Inc., a/k/a M&G Health Associates, S.C., Plaintiff

v.

Health Care Service Corporation, a Mutual Legal Reserve Company, d/b/a Blue Cross-Blue Shield of Illinois, Defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

**M&G Health Associates, Inc., a/k/a M&G Health Associates, S.C., Plaintiff**

| | |
|---|---|
| NAME (Type or print) <br> John A. Roberts | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/John A. Roberts | |
| FIRM    Wildman, Harrold, Allen & Dixon, LLP | |
| STREET ADDRESS    225 West Wacker Drive | |
| CITY/STATE/ZIP    Chicago, IL  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   6220432 | TELEPHONE NUMBER   312-201-2121 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   Y | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   N | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   N | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   N | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br>  RETAINED COUNSEL                              APPOINTED COUNSEL | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 21, 2008, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Douglass G. Hewitt
dhewitt@ngelaw.com
Neal Gerber & Eisenberg LLP
Two North LaSalle Street
Chicago, IL 60602
312-269-8481
312-269-1747

and hereby certify that on July 21, 2008, I mailed by United States Postal Service, the document to the following non-registered participants:

Alison Dieterichs Alvarez
Neal Gerber & Eisenberg LLP
Two North LaSalle Street
Chicago, IL 60602
312-269-8481
312-269-1747

                                                        /s/ Jeremy S. Goldkind