IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| M&G Health Associates, Inc. a/k/a M&G Health Associates, S.C., an Illinois medical corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.: 08 C 3944 |
| Health Care Service Corporation, a Mutual Legal Reserve Company, d/b/a Blue Cross Blue Shield of Illinois, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   Douglass G. Hewitt
      Alison Dieterichs Alvarez
      Neal Gerber & Eisenberg LLP
      Two North LaSalle Street
      Chicago, IL 60602

   **PLEASE TAKE NOTICE** that on the **26th** day of **August 2008**, at the hour of **9:30 a.m.**, the undersigned shall appear before The Honorable Joan Humphrey Lefkow, in Room 1925 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL 60604, and then and there present Plaintiff's Motion for Remand, a copy of said motion is attached hereto.

DATED: August 7, 2008

                              M&G HEALTH ASSOCIATES, INC., A/K/A M&G HEALTH ASSOCIATES, S.C., an Illinois medical corporation, Plaintiff

                              By:   /s/Jennifer L. Baugh
                                    One of Its Attorneys

Douglas L. Prochnow #(2257123)
John A. Roberts (#6220432)
Jeremy S. Goldkind (#6282972)
Jennifer L. Baugh (#6282487)
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, IL 60606
312-201-2000

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2008, I electronically filed the foregoing Notice of Motion for Plaintiff's Motion for Remand with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Douglass G. Hewitt
dhewitt@ngelaw.com
Neal Gerber & Eisenberg LLP
Two North LaSalle Street
Chicago, IL 60602
312-269-8481
312-269-1747

and hereby certify that on August 7, 2008, I mailed by United States Postal Service, the document to the following non-registered participants:

Alison Dieterichs Alvarez
Neal Gerber & Eisenberg LLP
Two North LaSalle Street
Chicago, IL 60602
312-269-8481
312-269-1747

               /s/ Jennifer L. Baugh