IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| M&G Health Associates, Inc. a/k/a M&G Health Associates, S.C., an Illinois medical corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.: 08 C 3944 |
| Health Care Service Corporation, a Mutual Legal Reserve Company, d/b/a Blue Cross Blue Shield of Illinois, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**PLAINTIFF'S NOTIFICATION OF AFFILIATES PER LOCAL RULE 3.2**

Plaintiff M&G Health Associates, Inc., a/k/a M&G Health Associates, S.C., in

compliance with Local Rule 3.2, states that it has no publicly held affiliates.


DATED:  August 7, 2008

M&G HEALTH ASSOCIATES, INC., A/K/A M&G HEALTH ASSOCIATES, S.C., an Illinois medical corporation, Plaintiff


By:___ /s/Jennifer L. Baugh _____
One of Its Attorneys


Douglas L. Prochnow #(2257123)
prochnow@wildman.com
John A. Roberts (#6220432)
roberts@wildman.com
Jeremy S. Goldkind (#6282972)
goldkind@wildman.com
Jennifer L. Baugh (#6282487)
baugh@wildman.com
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, IL  60606
312-201-2000
312-201-2555 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2008, I electronically filed the foregoing Plaintiff's Notification of Affiliates per Local Rule 3.2 with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Douglass G. Hewitt
dhewitt@ngelaw.com
Neal Gerber & Eisenberg LLP
Two North LaSalle Street
Chicago, IL  60602
312-269-8481
312-269-1747

and hereby certify that on August 7, 2008, I mailed by United States Postal Service, the document to the following non-registered participants:

Alison Dieterichs Alvarez
Neal Gerber & Eisenberg LLP
Two North LaSalle Street
Chicago, IL  60602
312-269-8481
312-269-1747

_____ /s/ Jennifer L. Baugh _____