**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| M&G HEALTH ASSOCIATES, INC., A/K/A<br>M&G HEALTH ASSOCIATES, SC,<br><br>    Plaintiff,<br><br> v.<br><br>HEALTH CARE SERVICE CORPORATION,<br>A MUTUAL LEGAL RESERVE COMPANY,<br>D/B/A BLUE CROSS BLUE SHIELD OF<br>ILLINOIS,<br><br>    Defendant. | CASE NO. 08CV3944<br><br>HONORABLE JUDGE LEFKOW<br><br>HONORABLE MAGISTRATE JUDGE COX |

**<u>NOTICE OF MOTION</u>**

To:  Douglas L. Prochnow
   John A. Roberts
   Jennifer Lynn Baugh
   Jeremy Steven Goldkind
   Wildman Harrold Allen & Dixon LLP
   225 West Wacker Drive
   Chicago, IL  60606

   PLEASE TAKE NOTICE that on Tuesday, August 26, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for Defendant, Health Care Service Corporation, a Mutual Legal Reserve Company, d/b/a Blue Cross Blue Shield of Illinois, shall appear before the Honorable Judge Lefkow, or any Judge sitting in her stead, at the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn Street, Room 1925, Chicago, Illinois, and shall present for consideration its Motion for Entry of Qualified Protective Order, a copy of which is hereby served upon you.

Dated: August 7, 2008

         /s/ Douglass G. Hewitt, Esq.
         One of Its Attorneys

Douglass G. Hewitt, Esq. (062 04299)
Alison Dieterichs Alvarez, Esq. (062 81205)
Neal Gerber & Eisenberg LLP (ID No. 13739)
Two North LaSalle Street – Suite 2200
Chicago, IL  60602
Telephone:  312-269-8481 / Facsimile:  312-269-1747

## <u>CERTIFICATE OF SERVICE</u>

I, Douglass G. Hewitt, an attorney, hereby certify that on August 7, 2008, I electronically filed Health Care Service Corporation's MOTION FOR ENTRY OF QUALIFIED PROTECTIVE ORDER with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Douglass L. Prochnow, prochnow@wildmanharrold.com

John A. Roberts, roberts@wildmanharrold.com

Jennifer Lynn Baugh, baugh@wildmanharrold.com

Jeremy Steven Goldkind, goldkind@wildmanharrold.com

Wildman Harrold Allen & Dixon LLP

225 West Wacker Drive

Chicago, IL  60606

/s/ Douglass G. Hewitt
Douglass G. Hewitt

Dated:  August 7, 2008