IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| M&G HEALTH ASSOCIATES, INC., A/K/A M&G HEALTH ASSOCIATES, SC,<br><br>          Plaintiff,<br><br>     v.<br><br>HEALTH CARE SERVICE CORPORATION, A MUTUAL LEGAL RESERVE COMPANY, D/B/A BLUE CROSS BLUE SHIELD OF ILLINOIS,<br><br>          Defendant. | CASE NO. 08CV3944<br><br>HONORABLE JUDGE LEFKOW<br><br>HONORABLE MAGISTRATE JUDGE COX |

**NOTICE OF MOTION**

To:    Douglas L. Prochnow
       John A. Roberts
       Jennifer Lynn Baugh
       Jeremy Steven Goldkind
       Wildman Harrold Allen & Dixon LLP
       225 West Wacker Drive
       Chicago, IL  60606

       PLEASE TAKE NOTICE that on Tuesday, August 26, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, counsel for Defendant, Health Care Service Corporation, a Mutual Legal Reserve Company, d/b/a Blue Cross Blue Shield of Illinois, shall appear before the Honorable Judge Lefkow, or any Judge sitting in her stead, at the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 South Dearborn Street, Room 1925, Chicago, Illinois, and shall present for consideration its Motion to Dismiss, a copy of which is hereby served upon you.

Dated: August 7, 2008

                              /s/ Douglass G. Hewitt, Esq.
                              One of Its Attorneys

Douglass G. Hewitt, Esq. (062 04299)
Alison Dieterichs Alvarez, Esq. (062 81205)
Neal Gerber & Eisenberg LLP (ID No. 13739)
Two North LaSalle Street – Suite 2200
Chicago, IL  60602
Telephone:  312-269-8481 / Facsimile:  312-269-1747

- 2 -

## CERTIFICATE OF SERVICE

I, Douglass G. Hewitt, an attorney, hereby certify that on August 7, 2008, I electronically filed Health Care Service Corporation's MOTION TO DISMISS with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Douglass L. Prochnow, prochnow@wildmanharrold.com
John A. Roberts, roberts@wildmanharrold.com
Jennifer Lynn Baugh, baugh@wildmanharrold.com
Jeremy Steven Goldkind, goldkind@wildmanharrold.com
Wildman Harrold Allen & Dixon LLP
225 West Wacker Drive
Chicago, IL  60606


/s/ Douglass G. Hewitt
Douglass G. Hewitt

Dated:  August 7, 2008

NGEDOCS: 1554608.1