# **<u>EXHIBIT A</u>**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| M & G Health Associates, Inc., a/k/a<br>M & G Health Associates, S.C.,<br><br>                    Plaintiff,<br>v.<br><br>Health Care Service Corporation, a Mutual Legal Reserve Company, d/b/a Blue Cross Blue Shield of Illinois,<br><br>                    Defendant. | Case No. 08 CV 3944 |

## AFFIDAVIT OF SCOTT HILGEMANN

I, Scott Hilgemann, having first been duly sworn, on oath, state:

1.  I am employed by Health Care Service Corporation, a Mutual Legal Reserve Company ("HCSC"), as the Vice President and Chief Underwriter. I have been employed by HCSC in that capacity since 2006, and have been employed by HCSC since 1991.

2.  As the Vice President and Chief Underwriter, I oversee the processing of applications for group policies provided or administered by HCSC, and their renewals, that are submitted by employer groups to all four divisions of HCSC, including Blue Cross Blue Shield of Illinois.

3.  As the Vice President and Chief Underwriter, I am familiar with the database maintained by HCSC which houses membership data and is referred to as the BlueStar System. My staff and I have utilized BlueStar and have found data contained therein to be highly reliable. The BlueStar System utilizes computing equipment that is standard in the industry and contains an electronic record of the name, applicable group name and other demographic information for all persons who are members of employer groups whose health care benefit plans are provided or

administered by HCSC. Individual members' names and other demographic information are input into BlueStar at the time the employer group enrolls in the plan provided or administered by HCSC. BlueStar is updated when changes occur to the employer groups. Entries into BlueStar are made in the regular course of HCSC's business, and it is the regular course of HCSC's business to make such entries into BlueStar at or near the time the employer group enrolls in a health care benefit plan provided or administered by HCSC, as whenever changes in the employer groups' information occur. The source of the information is the employer group, which provides information to HCSC so that HCSC may properly administer benefits under the employer groups' plan or group policy.

4.      Among the information provided by the employer groups and retained in BlueStar is whether the benefits are provided under the terms of an employee welfare benefit plan subject to the Employee Retirement Income Security Act of 1973 ("ERISA").

5.      HCSC enters into contracts with employer groups to provide health care benefits under a policy of insurance issued by HCSC. In such instances, known within HCSC as "Premium Groups", the employer group is required to identify the class of beneficiaries, including its employees, and pay all or a portion of the premiums.

6.      In other instances, known within HCSC as "Cost Groups", HCSC enters into a contract with the employer group to provide specified administrative services for a welfare benefit plan established by the employer. When HCSC provides administrative services, the plan is established and funded by the employer, and the employer establishes the terms under which plan beneficiaries can obtain health care benefits.

7. The persons listed in the attached exhibit, and on Exhibits A, B, and C to the Complaint, were members of Premium or Cost Groups administered or provided by HCSC on the dates of service identified in the Complaint.

Further Affiant sayeth not.

August 4, 2008

By: *Scott Hilgemann* (signature)

Scott Hilgemann

Subscribed and Sworn to before me
on this 4th day of August 2008.

By: *Cheryl J. Stevens* (signature)
Notary Public

> OFFICIAL SEAL
> CHERYL J STEVENS
> NOTARY PUBLIC - STATE OF ILLINOIS
> MY COMMISSION EXPIRES:09/11/11

NGEDOCS: 1552013.1

**E X H I B I T   1**

EX.1 TO DEF'S EX. A
PAGE 1

Exhibit A from Complaint

| DOS | PATIENT | GROUP | GROUP NAME | PATIENT ID | AMT BILLED |
|---|---|---|---|---|---|
| Redacted | Redacted | P72713 | Tablecraft Products Company - Premium Group | Redacted | $7,140.05 |
| Redacted | Redacted | P10421 | Santa's Best / Illinois Premium Group | Redacted | $17,158.40 |
| Redacted | Redacted | 003735 | Portland Cements Association - Cost Group | Redacted | $5,488.16 |
| Redacted | Redacted | P85010 | Electrical Insurance Trustees - Cost Group | Redacted | $13,591.55 |
| Redacted | Redacted | P72713 | Tablecraft Products Company - Premium Group | Redacted | $10,281.55 |
| Redacted | Redacted | S59368 | Alexian Brothers Health System - Premium Group | Redacted | $5,333.11 |
| Redacted | Redacted | P51923 | Wilcor Incorporated - Premium Group | Redacted | $6,593.91 |
| Redacted | Redacted | S59368 | Alexian Brothers Health System - Premium Group | Redacted | $14,853.00 |
| Redacted | Redacted | S59368 | Alexian Brothers Health System - Premium Group | Redacted | $4,761.69 |
| Redacted | Redacted | 081209 | United Airlines - Cost Group | Redacted | $3,879.00 |
| Redacted | Redacted | 0005966 | APP Pharmaceuticals, Inc. - Premium Group | Redacted | $3,519.00 |
| Redacted | Redacted | P08856 | Family Alliance Inc. - Premium Group | Redacted | $17,551.10 |
| Redacted | Redacted | 014594 | Pepsi Americas Active Salary - Cost Group | Redacted | $13,408.80 |
| Redacted | Redacted | 081208 | United Airlines - Cost Group | Redacted | $2,629.00 |
| Redacted | Redacted | P14922 | Conference Plus Inc. - Cost Group | Redacted | $4,258.85 |
| Redacted | Redacted | P85010 | Electrical Insurance Trustees - Cost Group | Redacted | $5,807.10 |
| Redacted | Redacted | 016397 | Tellabs Inc - Cost Group | Redacted | $4,953.85 |
| Redacted | Redacted | 287824 | Accenture LLP - Cost Group | Redacted | $2,529.50 |
| Redacted | Redacted | P82189 | Schaumburg Toyota - Premium Group | Redacted | $4,299.00 |
| Redacted | Redacted | P04549 | Klein Tools, Inc - Cost Group | Redacted | $3,710.00 |

EX.1 TO DEF'S EX. A
PAGE 2

| DOS | PATIENT | GROUP | GROUP NAME | PATIENT ID | AMT BILLED |
|---|---|---|---|---|---|
| Redacted | Redacted | P48800 | Genesis Medical Imaging - Premium Group | Redacted | $10,384.65 |
| Redacted | Redacted | P57320 | Fellowes, Inc. - Cost | Redacted | $22,762.70 |
| | | | | | $184,893.97 |

EX.1 TO DEF'S EX. A
PAGE 3

Exhibit B from Complaint

| DOS | PATIENT | GROUP | GROUP NAME | PATIENT ID | AMT BILLED |
|---|---|---|---|---|---|
| Redacted | Redacted | P20105 | First Northwest Bank - Premium Group | Redacted | $5,709.60 |
| Redacted | Redacted | P03807 | PGNF Home Lending Corporation - Premium Group | Redacted | $3,032.92 |
| Redacted | Redacted | P05412 | Reman Industries - Premium Group | Redacted | $3,746.97 |
| Redacted | Redacted | P98060 | North Suburban Clinic - Premium Group | Redacted | $12,910.00 |
| Redacted | Redacted | P10421 | Santa's Best / Illinois - Premium Group | Redacted | $5,400.40 |
| Redacted | Redacted | P06403 | Littelfuse, Inc. - Cost Group | Redacted | $6,834.20 |
| Redacted | Redacted | 081200 | United Airlines - Cost Group | Redacted | $4,797.37 |
| Redacted | Redacted | 087660 | Household International - Cost Group | Redacted | $4,625.00 |
| Redacted | Redacted | 090010 | Exelon - Cost Group | Redacted | $27,300.61 |
| Redacted | Redacted | P84774 | School Health Corp - Premium Group | Redacted | $4,871.00 |
| Redacted | Redacted | P04543 | Olympic Signs Inc - Premium Group | Redacted | $3,437.50 |
| Redacted | Redacted | 819002 | CEC Employee Group LLC - Cost Group | Redacted | $4,993.00 |
| Redacted | Redacted | 081204 | United Airlines - Cost Group | Redacted | $16,338.70 |
| Redacted | Redacted | 014594 | Pepsi Americas Active Salary - Cost Group | Redacted | $13,075.95 |
| Redacted | Redacted | P54501 | Wal Mart - Cost Group | Redacted | $6,225.00 |
| Redacted | Redacted | P39314 | Aquatics, Inc. - Premium Group | Redacted | $7,685.50 |
| Redacted | Redacted | P57320 | Fellowes, Inc. - Cost Group | Redacted | $3,721.00 |
| Redacted | Redacted | P87490 | Neck And Back LTD - Premium Group | Redacted | $4,572.00 |
| Redacted | Redacted | 380001 | Northern Trust - Cost Group | Redacted | $3,812.00 |
| Redacted | Redacted | 819002 | CEC Employee Group LLC - Cost Group | Redacted | $5,095.12 |

EX.1 TO DEF'S EX. A
PAGE 4

| DOS | PATIENT | GROUP | GROUP NAME | PATIENT ID | AMT BILLED |
|---|---|---|---|---|---|
| Redacted | Redacted | 081204 | United Airlines - Cost Group | Redacted | $12,432.10 |
| Redacted | Redacted | P43521 | Home Access Health - Premium Group | Redacted | $4,356.00 |
| Redacted | Redacted | S59368 | Alexian Brothers Health System - Premium Group | Redacted | $4,584.50 |
| Redacted | Redacted | P12157 | Target Sales And Marketing Inc. - Premium Group | Redacted | $4,312.50 |
| Redacted | Redacted | P78655 | Diagnostic Imaging Center - Premium Group | Redacted | $2,790.00 |
| Redacted | Redacted | P05554 | John T Girardi M D LTD - Premium Group | Redacted | $2,737.00 |
| Redacted | Redacted | P78655 | Diagnostic Imaging Center - Premium Group | Redacted | $3,579.00 |
| Redacted | Redacted | 015362 | OCE'-USA Holding, Inc. - Cost Group | Redacted | $20,111.85 |
| Redacted | Redacted | P12371 | Helix Usa Ltd - Premium Group | Redacted | $2,843.00 |
| Redacted | Redacted | P12371 | Helix Usa Ltd - Premium Group | Redacted | $1,496.50 |
| Redacted | Redacted | 015542 | Idex Corp. - Cost Group | Redacted | $4,324.50 |
| Redacted | Redacted | P33712 | GWBAC Software Technology - Premium Group | Redacted | $3,194.50 |
| Redacted | Redacted | P82189 | Schaumburg Toyota - Premium Group | Redacted | $4,301.00 |
| Redacted | Redacted | 1SBC22 | SBC - Cost Group | Redacted | $4,043.50 |
| Redacted | Redacted | P14885 | Lee Auto Parts - Arlington Heights - Premium Group | Redacted | $4,389.25 |
| Redacted | Redacted | P12100 | Partec Inc. - Premium Group | Redacted | $5,135.00 |
| Redacted | Redacted | P25300 | MM Surveying - Premium Group | Redacted | $5,473.25 |
| Redacted | Redacted | 380001 | Northern Trust - Cost Group | Redacted | $1,880.00 |

$240,167.29

EX.1 TO DEF'S EX. A
PAGE 5

Exhibit C from Complaint

| DOS | PATIENT | GROUP | GROUP NAME | PATIENT ID | AMT BILLED |
|---|---|---|---|---|---|
| Redacted | Redacted | P76658 | Miyano Machinery Inc. - Premium Group | Redacted | $3,004.92 |
| Redacted | Redacted | 083639 | United Parcel Service Inc. - Cost Group | Redacted | $3,238.00 |
| Redacted | Redacted | P95277 | The Fulfillment Network - Premium Group | Redacted | $7,801.70 |
| Redacted | Redacted | 367200 | AON Corp. Inc. - Cost Group | Redacted | $16,937.80 |
| Redacted | Redacted | P08856 | Family Alliance Inc. - Premium Group | Redacted | $17,551.10 |
| Redacted | Redacted | P87490 | Neck And Back LTD - Premium Group | Redacted | $3,167.00 |
| Redacted | Redacted | S59368 | Alexian Brothers Health System - Premium Group | Redacted | $4,723.12 |
| Redacted | Redacted | 087646 | Integrys Energy Group Inc. - Cost Group | Redacted | $4,653.00 |
| Redacted | Redacted | 000784 | Illinois Tool Works Inc. - Cost Group | Redacted | $4,122.62 |
| Redacted | Redacted | P25300 | MM Surveying - Premium Group | Redacted | $4,291.50 |

$69,490.76