Order Form(01/2005)

# United States District Court, Northern District of Illinois

HHN

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3944 | **DATE** | 8/26/2008 |
| **CASE TITLE** | M & G Health Associates, Inc. vs. Health Care Service Corporation | | |

**DOCKET ENTRY TEXT**

Response to plaintiff's motion for remand [20] due by 9/16/2008; reply due by 9/23/2008; ruling will issue by mail. Defendant's motion to dismiss [25] is entered and held in abeyance pending ruling on motion to remand. Status hearing of 9/4/2008 stricken. Defendant's motion for entry of qualified protective order [23] is granted. Enter Qualified Protective Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|